CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| DENISE KISH, | **Case:** 5:19-cv-02407-AB-SHK |
|---|---|
| Plaintiff, | |
| v. | **Plaintiff's Notice of Voluntary Dismissal Without Prejudice** |
| STEIN MART, INC., a California Corporation; and Does 1-10, | |
| Defendants. | **Fed. R. Civ. P. 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE** that Plaintiff Denise Kish, hereby voluntarily dismisses the above captioned action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendant Stein Mart, Inc. has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: April 14, 2020           CENTER FOR DISABILITY ACCESS

                                By:   /s/ Phyl Grace
                                      Phyl Grace
                                      Attorneys for Plaintiff

1